IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL NOBLE, individually and as guardian of THERESA ANN PULLY, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | Case No. 24-cv-2268-SMY |
| DANIELLE N. PRUETT, individually and as mother and next of friend of her son, A.G., a minor and TINA M. PULLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | Case No. 24-cv-2524-DWD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Motion to Consolidate (Doc. 28) and Motion to Set Hearing (Doc. 29). The parties request the consolidation of *Michael Noble, individually and as guardian of Theresa Ann Pully v. BNSF Railway Company*, Case No. 24-cv-2268-SMY and *Danielle N. Pruett, individually and as mother and next friend of her son, A.G., a minor and Tina Pulley v. BNSF Railway Company*, Case No. 24-cv-2524-DWD.

Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions when they "involve a common question of law or fact." Here, there are common questions of law and fact as each case alleges personal injuries arising from a February 17, 2024, vehicle-train collision

involving one vehicle with a driver and three passengers.  Accordingly, the Court **GRANTS** the Motion to Consolidate (Doc. 28) and **CONSOLIDATES** Case Nos. 24-cv-2268-SMY and 24-cv-2524-DWD.  The Motion to Set Hearing (Doc. 29) is **TERMINATED AS MOOT**.

The final pre-trial conference on March 19, 2026 at 9:30 a.m. and jury trial set for March 30, 2026 at 9:00 a.m. in Case No. 24-cv-2268-SMY are **VACATED**.  The final pre-trial conference on September 3, 2026 at 10:00 a.m. and jury trial set for September 14, 2026 at 9:00 a.m. in Case No. 24-cv-2524-DWD are **VACATED**.  This matter is set for a final pre-trial conference on September 3, 2026 at 9:30 a.m. and jury trial is set for September 14, 2026 at 9:00 a.m. in the Benton Courthouse.

This matter is set for a telephonic status conference on May 16, 2025, at 9:30 a.m.  Instructions for joining the conference call are as follows: (1) call in number:  571-353-2301; (2) when prompted, enter the Meeting ID:  019849084.  The parties shall submit a **proposed consolidated scheduling order** by May 9, 2025, via e-mail to SMYpd@ilsd.uscourts.gov.

The Clerk of Court is **DIRECTED** to file a copy of this Order in case numbers 24-cv-2268-SMY and 24-cv-2524-DWD.  **All future filings shall be made in case number 24-cv-2268-SMY.**

**IT IS SO ORDERED.**
**DATED:  April 3, 2025**

_____
**STACI M. YANDLE**
**United States District Judge**