# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL NOBLE, Individually and as Guardian of THERESA ANN PULLEY, | Case No. 3:24-CV-02268 |
| | CJRA Track: |
| Plaintiff, | Mandatory Mediation: Yes |
| vs. | Trial Date: 03.30.2026 |
| BNSF RAILWAY COMPANY, | Judge Staci M. Yandle |
| Defendant. | |

## AGREED PROTECTIVE ORDER

In this case, the parties made known to the Court that the counsel for the Plaintiff will be furnished a copy of the LocoCAM data of the accident in question by BNSF Railway Company. ("BNSF") which is of a confidential and proprietary nature, and for the protection against the unauthorized disclosure or improper use of the LocoCAM data and documents and to protect the confidential nature thereof, the parties, by their counsel, have agreed to the entry of the following Protective Order:

It is, therefore, ORDERED by the Court, and by express agreement of the parties, their counsel, and representatives, that the confidentiality of the LocoCAM data and documents furnished by BNSF to the Plaintiff and to his experts, consultants or attorneys shall be carefully and scrupulously maintained in the following manner:

1. The use of the LocoCAM data or copies thereof furnished by BNSF to any party herein or their attorneys is governed by this Protective Order;

2. If the LocoCam data and documents are reproduced in any form or manner, each copy or portion of a copy thereof shall be numbered, and BNSF shall be notified of the number of copies made. The original and all such copies shall be returned to BNSF at the conclusion of this litigation;

3. Neither the LocoCAM data, documents, nor information contained therein may be disclosed to persons other than the Court and its personnel, the parties, their counsel of record, relevant witnesses, and experts, and with regard to their experts, only to the extent necessary and relevant to the topic on which the expert is consulted;

4. The parties herein, their attorneys, and all experts to whom the LocoCAM data, documents and/or information derived therefrom is disclosed, shall, before obtaining access thereto, be shown and read a copy of this Order. Further, any person provided a copy of the data shall, before being provided the data, sign their name to the attached signature page of the photocopy of this order, and by doing so they shall agree to be bound by the terms hereof and to submit to this Court's jurisdiction for the purpose of enforcement or compliance herewith. The attorneys for the parties shall maintain a copy of the Order showing the signatures of each and every person to whom the documents, data and information have been provided until the LocoCam data is destroyed. For good cause shown and if necessary to enforce the terms of this Order, the Court may order disclosure of the signature page prior to conclusion of the litigation.

5. The LocoCAM data and information derived therefrom shall not be used by or under the authority of any person or party receiving the same for any business or competitive purpose and shall be used for purposes of this litigation only and shall not be released to any other person, attorney or expert for use in any other litigation or for any other reason;

6. Upon final determination or resolution of this action, the LocoCam data and all copies shall be promptly returned to counsel for BNSF. The attorneys for the Plaintiff shall have sole responsibility to provide BNSF with written confirmation that the LocoCAM data and documents (and all copies as described in paragraph 2 above) are accounted for and have been returned to counsel for BNSF. The attorneys for Plaintiff shall sign the attached signature page of the photocopy of this Order attesting to strict compliance with the conditions set forth in this Order.

ORDERED this __27th__ day of __May__, 2025.

_[signature]_

JUDGE  STACI M. YANDLE
UNITED STATES DISTRICT JUDGE

APPROVED:

_[signature]_
S. Camille Reifers
BOYLE BRASHER LLC
80 Monroe Avenue, Suite 410
Memphis, TN 38103
T: 901.521.2860
F: 901.521.2861
creifers@boylebrasher.com
*Attorneys for BNSF Railway Company*

*Patrick Dowd*
_____
Eric D. Holland
Patrick Dowd
Robert J. Evola
HOLLAND LAW
211 North Broadway, Suite 2625
St. Louis, MO 63102
T: 314.241.8111
F: 314.241.5554
ehollad@hollandtriallawyers.com
pdowd@hollandtriallawyers.com
revola@hollandtriallayers.com

and

Todd Hamby
CARMODY MACDONALD, P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
T: 314.854.8600
sth@carmodymacdonald.com
*Attorneys for Plaintiffs Michael Noble (Theresa A. Pulley)*

_____
William K. Holland
HOLLAND INJURY LAW, LLC
101 S. Hanley Road, Suite 1025
Clayton, MO 63105
T: 314.888.7888
F: 314.833.3995
wholland@whollandinjurylaw.com
*Attorneys for Plaintiffs Tina Pulley and Danielle Pruett*

## SIGNATURES PURSUANT TO PARAGRAPH 4

| NAME | FIRM | DATE |
|------|------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |